**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

—————————————————————

| | | |
|---|---|---|
| JONATHAN JOEL PEREIRA, | : | |
| Petitioner, | : | No. 5:14-cv-6582 |
| v. | : | |
| | : | |
| TREVOR WINGARD, et al., | : | |
| Respondents. | : | |

—————————————————————

# O R D E R

**AND NOW**, this 15th day of July, 2015, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1.    The Report and Recommendation, ECF No. 11, is **ADOPTED**;

2.    The petition for writ of habeas corpus, ECF No. 1, is **DENIED as untimely**;

3.    The Clerk of Court is directed to **CLOSE** this case; and

4.    There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge